# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| JASON WEBB and NICOLE WEBB H/W | CIVIL ACTION NO. 1:17-CV-05772 (JHR/AMD) |
| Plaintiffs | |
| v. | |
| BEMBE ENTERPRISES, LLC t/a DOCK STREET SHIP N SHORE BAR, | **ORDER** |
| WILLIAM HELM and EILEEN HELM H/W, and | |
| BME REAL ESTATE, LLC | |
| Defendants | |

**THIS MATTER** having been opened to the Court by Michael A. Ruggieri, Esquire, of the Law Offices of Michael A. Ruggieri, LLC, attorney for the Plaintiffs Jason and Nicole Webb, h/w, requesting default judgment against all Defendants, and for good cause shown:

**IT IS** on this 26th day of March, 2018, ORDERED AND DECREED that Plaintiffs' Motion is GRANTED. Default Judgment is hereby entered against Defendants BEMBE Enterprises, LLC, BME Real Estate, LLC, William Helm, and Eileen Helm, jointly and severally.

**IT IS FURTHER ORDERED AND DECREED** that an assessment of damages hearing shall be scheduled by the Court in due course.

By the Court:

JOSEPH H. RODRIGUEZ, U.S.D.J.